17740. JOHNSON, *alias* BRODDUS, *v.* THE STATE.

BROYLES, C. J. 1. In the light of the facts of the case and the entire charge of the court, the several excerpts from the charge, excepted to, contain no reversible error.

2. The verdict was authorized by the evidence, and, the finding of the jury having been approved by the trial court, and no reversible error of law appearing, this court is without authority to interfere.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927.

Possessing liquor; from Jasper superior court—Judge Park. October 13, 1926.

*W. H. Key, W. S. Florence,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.

Criminal Law, 17 C. J., p. 271, n. 41.